IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONRAD BLEASE<br>    Plaintiff, | : | |
| | : | CIVIL ACTION<br>NO. 18-3893 |
| v. | : | |
| GEICO CASUALTY CO.<br>    Defendant. | : | |

## **ORDER**

AND NOW, this 2nd day of April, 2019, upon consideration of Defendant's Partial Motion to Dismiss (ECF No. 9) and Plaintiff's Response thereto (ECF No. 10), it is hereby ORDERED that said Motion is GRANTED as to Counts II and III and DENIED as to Count IV of Plaintiff's First Amended Complaint.

It is further ORDERED that on or before April 23, 2019, Defendant shall file an Answer to Counts I and IV of Plaintiff's First Amended Complaint.

BY THE COURT:

/s/ C. Darnell Jones, II    J.